STATE OF CONNECTICUT *v.* CHARLIE SENQUIZ

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 571 (AC 19587), is denied.

*Martin Zeldis*, senior assistant public defender, in support of the petition.

*James A. Killen*, supervisory assistant state's attorney, in opposition.

Decided May 8, 2002

STATE OF CONNECTICUT *v.* FANNY IRALA

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 499 (AC 19874), is denied.

*James A. Wade* and *Jeffrey C. Kestenband*, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 622 (AC 21734), is denied.